Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

[additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONALD TRAN, *individually and on behalf of persons similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.<br><br>*Defendant.* | Case No. 2:21-cv-02857-JFW-KS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. John F. Walter<br>PTC: June 3, 2022<br>Trial: June 21, 2022 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Donald Tran and Defendant First Advantage Background Services Corp. ("First Advantage") have reached a settlement in principle. The parties anticipate that they will file a stipulation of dismissal within the next 30 days.

Accordingly, First Advantage respectfully requests that its Motion to Dismiss, which is currently set for hearing on August 9, 2021, be taken off calendar without prejudice.

Dated: August 3, 2021                  Respectfully submitted,

By: */s/ Michael A. Caddell*
    Michael A. Caddell (SBN 249469)
    mac@caddellchapman.com
    Cynthia B. Chapman (SBN 164471)
    cbc@caddellchapman.com
    Amy E. Tabor (SBN 297660)
    aet@caddellchapman.com
    CADDELL & CHAPMAN
    628 East 9th Street
    Houston TX 77007-1722
    Tel.: (713) 751-0400
    Fax: (713) 751-0906

    Devin H. Fok, Esq. (SBN 256599)
    devin@devinfoklaw.com
    DHF LAW, P.C.
    16 N. Marengo Ave. Suite 403
    Pasadena CA 91101
    Ph: (888) 651-6411
    Fax: (818) 484-2023

    *Attorneys for Plaintiff*

By: */s/ Esther Slater McDonald*
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
Jennifer Shoda
jshoda@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Frederick T. Smith (*pro hac vice*)
fsmith@seyfarth.com
Esther Slater McDonald (*pro hac vice*)
emcdonald@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Attorneys for Defendant First Advantage Background Services Corp.*

# CERTIFICATE OF SERVICE

I, Amy E. Tabor, hereby certify that on August 3, 2021 this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

*/s/Amy E. Tabor*
Amy E. Tabor